JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DINA KEIROUZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CB & I ENVIRONMENTAL & INFRASTRUCTURE, INC., a Louisiana Corporation; and DOES 1-60, inclusive,<br><br>Defendants. | Case No. 14-CV-08945-RGK (MRWx)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:  October 2, 2014<br>Trail Date:    None |
|---|---|

Case No. 14-CV-08945-RGK (MRWx)
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1     The Court having reviewed the parties' Joint Stipulation for Dismissal with
2 Prejudice in the above-entitled action;
3     IT IS THEREFORE ORDERED that the case *Dina Keirouz v. CB & I*
4 *Environmental & Infrastructure, Inc.*, Case No. 14-CV-08945-RGK (MRWx) is
5 dismissed with prejudice in its entirety. Each party is to bear its own respective fees
6 and costs. All pending proceedings are vacated and no further proceedings shall take
7 place in this action.

**IT IS SO ORDERED.**

Dated: August 28, 2015

                                                    */s/ Gary Klausner*
                                                R. GARY KLAUSNER
                                                UNITED STATES DISTRICT JUDGE

22160375.1

Case No. 14-CV-08945-RGK (MRWx)
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE